UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

_____
Soria Kim,                              )
                                        )
            Debtor,                     )      CHAPTER 7
                                        )      CASE NO. 13-bk-12706
                                        )
_____)

**MOTION TO AMEND**

Now comes Debtor Soria Kim, in the above referenced case and hereby respectfully requests this Court grant his motion to amend Summary of Schedules, Schedule A, Schedule D, and Schedule F.

Dated: January 14, 2014

                                        Respectfully Submitted,


                                         /s/ Todd S. Dion_____
                                        Todd S. Dion, Esq. (#6852)
                                        1599 Smith Street
                                        North Providence, RI 02911
                                        Telephone: 401-649-4330
                                        Facsimile:  401-649-4331
                                        toddsdion@msn.com




**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2014, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

Sears
PO Box 183081
Columbus, OH 43218

National Grid
PO Box 11739
Newark, NJ 07101

Fed. Natl. Mortg. Assoc.
3900 Wisconsin Ave., NW
Washington, DC 20016

       /s/ Todd S. Dion_ _
       Todd S. Dion, Esq.